UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR KING,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>L. KINGSLEY, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-10459-FLA (JEM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Plaintiff has filed Objections, and the court has reviewed de novo those portions of the Report and Recommendation to which Plaintiff has objected.  The Objections are OVERRULED, and the court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) Defendants' Motion for Summary Judgment is GRANTED; and (2) Judgment shall be entered dismissing this action without prejudice.

Dated: April 13, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　United States District Judge