Case 2:20-cv-10459-FLA-JEM   Document 36   Filed 04/13/22   Page 1 of 1   Page ID #:409

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR KING, <br><br> Plaintiff, <br><br> v. <br><br> L. KINGSLEY, et al., <br><br> Defendants. | Case No. 2:20-cv-10459-FLA (JEM) <br><br> **JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: April 13, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge